```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 07 B 17053
   PATRICIA A HARRIS
                                            CHAPTER 13

                                            JUDGE: SUSAN PIERSON SONDERBY
        Debtor
   SSN XXX-XX-2620
```

---

### TRUSTEE'S FINAL REPORT AND ACCOUNT

---

The case was filed on 09/19/2007 and was confirmed 11/08/2007.

The plan was confirmed to pay secured creditors 100% and unsecured creditors 11.48%.

The case was dismissed after confirmation 03/13/2008.

---

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---:|---:|---:|
| COUNTRYWIDE HOME LOANS | CURRENT MORTG | .00 | .00 | .00 |
| COUNTRYWIDE HOME LOANS | MORTGAGE ARRE | 35247.53 | .00 | .00 |
| CITIFINANCIAL | CURRENT MORTG | .00 | .00 | .00 |
| COUNTRYWIDE HOME LOANS | NOTICE ONLY | NOT FILED | .00 | .00 |
| COLUMBIA HOUSE | UNSECURED | NOT FILED | .00 | .00 |
| COMMONWEALTH EDISON | UNSECURED | 471.12 | .00 | .00 |
| PEOPLES GAS LIGHT & COKE | UNSECURED | NOT FILED | .00 | .00 |
| PROVIDIAN | UNSECURED | NOT FILED | .00 | .00 |
| CLARENCE E HARRIS | NOTICE ONLY | NOT FILED | .00 | .00 |
| COUNTRYWIDE HOME LOANS | NOTICE ONLY | NOT FILED | .00 | .00 |
| B-REAL LLC | UNSECURED | 250.00 | .00 | .00 |
| B-REAL LLC | UNSECURED | 282.00 | .00 | .00 |
| B-REAL LLC | UNSECURED | 412.00 | .00 | .00 |
| VERONICA D JOYNER | DEBTOR ATTY | 2,694.00 |  | 687.96 |
| TOM VAUGHN | TRUSTEE |  |  | 47.04 |
| DEBTOR REFUND | REFUND |  |  | .00 |

Summary of Receipts and Disbursements:

---

|  | RECEIPTS | DISBURSEMENTS |
|---|---:|---:|
| TRUSTEE | 735.00 |  |
| PRIORITY |  | .00 |
| SECURED |  | .00 |
| UNSECURED |  | .00 |
| ADMINISTRATIVE |  | 687.96 |
| TRUSTEE COMPENSATION |  | 47.04 |
| DEBTOR REFUND |  | .00 |
| TOTALS | 735.00 | 735.00 |

PAGE  1 - CONTINUED ON NEXT PAGE
          CASE NO. 07 B 17053 PATRICIA A HARRIS

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                                    /s/ Tom Vaughn
Dated: 05/26/08                     _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE
```